*tor General Fahy* for petitioner:

No. 843. BENAVIDES *v.* TEXAS. March 2, 1942. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied. *Mr. M. C. Gonzales* for petitioner. *Messrs. Gerald C. Mann,* Attorney General of Texas, and *Geo. W. Barcus,* Assistant Attorney General, for respondent.

No. 854. STEWART, TRUSTEE, ET AL. *v.* DYAR. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Ben L. Britnell* for petitioners. *Mr. William L. Chenault* for respondent.

No. 863. MELVILLE ET AL., TRUSTEES, ET AL. *v.* WEYBREW ET AL. March 2, 1942. Petition for writ of certiorari to the Supreme Court of Colorado denied. *Mr. Irving B. Melville* for petitioners.

No. 866. SKAGGS *v.* COMMISSIONER OF INTERNAL REVENUE. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Robert Ash* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Warren F. Wattles* for respondent.

No. 870. BERNSTEIN *v.* UNITED STATES. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Herbert*

812

*Zelenko* for petitioner. *Solicitor General Fahy* and *Assistant Attorney General Berge* for the United States.

No. 871. PELTS *v.* RECONSTRUCTION FINANCE CORPORATION. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Meyer Abrams* for petitioner. *Solicitor General Fahy* and *Mr. Hans A. Klagsbrunn* for respondent.

No. 873. AFFILIATED ENTERPRISES, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Albert J. Gould* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Mr. J. Louis Monarch* and *Miss Louise Foster* for respondent.

No. 874. CHIANESE *v.* UNITED STATES. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Sidney Goldmann* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 886. UNITED BLOCK CO., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George H. Harris* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch, Carlton Fox,* and *Robert L. Stern* for respondent.